IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Board of Trustees of the Plumbers, Pipe Fitters
& Mechanical Equipment Service, Local
Union No. 392 Pension Fund, et. al., :
:
        Plaintiff(s), :
: Case Number: 1:09cv47
vs. :
: Chief Judge Susan J. Dlott
Campbell's Ready-to-go Excavation, Site
Utilities and Plumbing, LLC, :
:
        Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on April 6, 2010 (Doc. 27), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 26, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the Defendant's motion to withdraw (Doc. 26) is **GRANTED**. Plaintiff's motion for summary judgment (Doc. 21) is **GRANTED.**

This case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

           ___s/Susan J. Dlott_____
           Chief Judge Susan J. Dlott
           United States District Court